**STATE v. CORBETT**

[360 N.C. 287 (2006)]

STATE OF NORTH CAROLINA v. ABDUL JERMAINE CORBETT

No. 98A05

(Filed 27 January 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 168 N.C. App. 117, 607 S.E.2d 281 (2005), finding no error in the judgments and commitments entered 1 July 2003 by Judge A. Leon Stanback in Superior Court, Wake County. Heard in the Supreme Court 16 May 2005.

*Roy Cooper, Attorney General, by Susan R. Lundberg, Assistant Attorney General, for the State.*

*Marilyn G. Ozer for defendant-appellant.*

PER CURIAM.

AFFIRMED.